# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**3Lions Publishing, Inc.**

**Plaintiff,**

                                                         **Case No.: 8:18-cv-02853-VMC-AAS**

**v.**

**Course Hero, Inc.,**
**Andrew Grauer Founder,**
**Gregor Carrigan Co-Founder,**
**John DOES 1-5,**

**Defendants.**
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE</u>

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), plaintiff 3Lions Publishing,

Inc. hereby voluntarily dismisses all its claims in the above styled case against all defendants:

Course Hero, Inc., Andrew Grauer, Gregor Carrigan, and John DOES 1-5, **without prejudice**,

and with each party to bear its own attorneys' fees and costs.

**DATED**: November 27, 2018

By: /s/Carlos A. Leyva
Carlos A. Leyva
FL Bar 51017
**DIGITAL BUSINESS LAW GROUP, P.A.**
3958 Talah Drive
Palm Harbor, Florida 34684
Telephone: (800) 516-7903
Facsimile: (800) 257-9128
Email: cleyva@digitalbusinesslawgroup.com

**ATTORNEY FOR PLAINTIFF**
**3LIONS PUBLISHING, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2018, I electronically filed the foregoing using the CM/ECF system; notice of this filing will be sent to the following via email:

Jesse D. Birbach
Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP
550 Allerton Street
Redwood City, CA 94063
Phone: 650-463-5492 | Fax: 877-881-2726
jbirbach@gunder.com | www.gunder.com

By: /s/ Carlos A. Leyva
Carlos A. Leyva